

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Alonzo Guerrero aka Alonzo Guerrero, Jr.,
Appellant

No. 06-18-00076-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of
Bowie County, Texas (Tr. Ct. No. 18F0244-
102).  Opinion delivered by Chief Justice
Morriss, Justice Burgess and Justice Stevens
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Alonzo Guerrero aka Alonzo Guerrero, Jr., pay all costs of this appeal.

RENDERED FEBRUARY 20, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk